**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                                        Plaintiff,<br><br>     v.<br><br>MARILYNN ENGLISH, *et al.*,<br><br>                                        Defendants. | Civ. Action No. 23cv4187 (EP) (JSA)<br><br>**ORDER TO SHOW CAUSE** |

This case involves a claim for payment on a note and mortgage. On August 1, 2023, Kevin Keane removed this case from the Superior Court of New Jersey, Essex County. D.E. 1 ("Notice of Removal"). The Notice of Removal states that the Court has jurisdiction because (1) the amount in controversy exceeds $125,000 and (2) a previous case in federal court allegedly ordered that case could be returned to federal court if a foreclosure was filed.

**IT IS**, on this **19th** day of **September**, 2023,

**ORDERED** that Kevin Keane and any other party seeking to invoke the Court's jurisdiction shall, within 14 days of this Order, **SHOW CAUSE** as to why this case should not be remanded for lack of subject matter jurisdiction.

September 19, 2023

                                                                                   Evelyn Padin, U.S.D.J.