UNITED STATES DISTRICT COURT
FOR THE District of New Jersey [LIVE]
U.S. District Court for the District of New Jersey

CARRINGTON MORTGAGE
SERVICES, LLC

                    Plaintiff,

v.                                      Case No.:
                                         2:23−cv−04187−EP−JSA

                                         Judge Evelyn Padin

MARILYNN ENGLISH, et al.

                    Defendant.


Clerk, Superior Court of New Jersey
Essex County Veterans Courthouse
50 West Market Street
Newark, NJ 07102

State No: F−5806 23

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.


                                           Very truly yours,

                                           CLERK OF COURT
                                           By Deputy Clerk, qa


encl.
cc: All Counsel