CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 OCT 31  A 10: 37

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

CARRINGTON MORTGAGE SERVICES, LLC
        PLAINTIFF

V.

MARILYNN ENGLISH, ET.AL.
        DEFENDANT

CIVIL ACTION NO:
23-CV-4187 (EP)(JSA)

MOTION TO RECONSIDER THE ORDER TO REMAND OF THE CASE TO STATE COURT PURSUANT TO FED. R. CIV. PROC. 60 AND TO ACCEPT THE DEFENDANT'S FILINGS "AS WITHIN TIME" IN RESPONSE TO THE COURT'S OTSC ORDER AND THE PLAINTIFF'S MOTION TO REMAND

PLEASE TAKE NOTICE THAT THE defendants will move before the US District Court for the District of New Jersey for an Order to reconsider the Court's Order to remand the case to the State Court Pursuant to Fed. R. Civ. Proc 60. The request is made so that this filing may be accepted by the Court "as within time."

1. The Court filed an OTSC which the pro se defendants did not receive.
2. The Plaintiff filed a motion to remand which was dated a few days prior to the courts order to remand.
3. The defendants filed a request for additional time to answer the Plaintiff's Motion.
4. The defendants now file an objection to the plaintiff's motion which addresses the court's question about federal jurisdiction in this case.
5. Defendants added the Opinion of Judge Cecchi in 13-cv-2028 which authorizes Ms. English to return to Court if a foreclosure is filed on the Verona home. The Affidavit of Ms. English was also provided. This new information meets the criterial in Fed. R. Civ. P. 60 for a reconsideration. We therefore seek reconsideration of the Court's order to remand the case to the state court.

Certification: I certify that the above statements made by me are true to the best of my knowledge and understanding. If I have made any statements that I know to be false, I shall suffer punishment.

Date: 10/30/2023     ___*Ellen Heine*___ /s/Ellen Heine (defendant in F005806-23)